Statement of Earnings For: **Robert E. Piazza**

**Habitat for Humanity of Bucks County**
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 177 | Department | 200 | Period Begin: | 8/17/2026 | Check Date: | 9/4/2026 |
| Clock Number: | | Sub- | 2 | Period End: | 8/30/2026 | Pay Type: | Hourly |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14519882 | $0.00 | $2,916.43 | $2,003.45 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 53.8883 | 0.32 | 17.24 | 13.74 | 739.02 |
| *Dental Pre-Tax | | | 10.14 | 0.00 | 182.52 |
| *LTD ER | | | 8.58 | 0.00 | 154.44 |
| Regular | 35.9255 | 64.70 | 2,324.38 | 1,203.12 | 42,729.37 |
| *Medical Pre-Tax | | | 334.32 | 0.00 | 5,622.56 |
| Vac | 35.9255 | 16.00 | 574.81 | 152.00 | 5,376.98 |
| *Vision Pre-Tax | | | 2.18 | 0.00 | 39.24 |
| Auto - Fringe | | | 26.42 | 0.00 | 475.56 |
| Sick | | | 0.00 | 42.00 | 1,481.66 |
| Holiday | | | 0.00 | 40.00 | 1,411.90 |
| Retro Pay | | | 0.00 | 0.00 | 254.06 |
| **Total:** | | 81.02 | 2,942.85 | 1,450.86 | 52,468.55 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 178.69 | 3,189.53 |
| MED EE | 41.79 | 745.94 |
| FEDERAL WH | 220.77 | 3,921.88 |
| PA WH | 88.48 | 1,579.30 |
| WARMINSTER | 28.82 | 514.43 |
| PA SUI EE | 2.06 | 36.73 |
| WARMINSTER | 2.00 | 36.00 |
| **Total:** | 562.61 | 10,023.81 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| STD | 49.04 | 245.20 |
| Term Life | 36.39 | 181.95 |
| Health Pre-tax | 59.00 | 992.32 |
| Dental Pre-tax | 1.79 | 32.22 |
| 401K Roth | 204.15 | 3,639.50 |
| **Total:** | 350.37 | 5,091.19 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 16.00 |
| Vacation FT | 5.54 | 16.00 | 49.69 |
| Sick FT | 1.85 | 0.00 | 14.54 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####7836 | Deposit Amount: | 2,003.45 |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/4/2026 | V14519882 |

| TOTAL NET PAY |
|---|
| ******$2,003.45 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**

Statement of Earnings For: **Robert E. Piazza**

**Habitat for Humanity of Bucks County**
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 177 | Department | 200 | Period Begin: | 8/3/2026 | Check Date: | 8/21/2026 |
| Clock Number: | | Sub- | 2 | Period End: | 8/16/2026 | Pay Type: | Hourly |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14440951 | $0.00 | $2,898.29 | $1,990.90 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 53.8883 | 0.45 | 24.25 | 13.42 | 721.78 |
| *Dental Pre-Tax | | | 10.14 | 0.00 | 172.38 |
| *LTD ER | | | 8.58 | 0.00 | 145.86 |
| Regular | 35.9255 | 80.00 | 2,874.04 | 1,138.42 | 40,404.99 |
| *Medical Pre-Tax | | | 334.32 | 0.00 | 5,288.24 |
| *Vision Pre-Tax | | | 2.18 | 0.00 | 37.06 |
| Auto - Fringe | | | 26.42 | 0.00 | 449.14 |
| Vac | | | 0.00 | 136.00 | 4,802.17 |
| Sick | | | 0.00 | 42.00 | 1,481.66 |
| Holiday | | | 0.00 | 40.00 | 1,411.90 |
| Retro Pay | | | 0.00 | 0.00 | 254.06 |
| **Total:** | | 80.45 | 2,924.71 | 1,369.84 | 49,525.70 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 177.56 | 3,010.84 |
| MED EE | 41.53 | 704.15 |
| FEDERAL WH | 218.59 | 3,701.11 |
| PA WH | 87.92 | 1,490.82 |
| WARMINSTER | 28.64 | 485.61 |
| PA SUI EE | 2.05 | 34.67 |
| WARMINSTER | 2.00 | 34.00 |
| **Total:** | 558.29 | 9,461.20 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| STD | 49.04 | 196.16 |
| Term Life | 36.39 | 145.56 |
| Health Pre-tax | 59.00 | 933.32 |
| Dental Pre-tax | 1.79 | 30.43 |
| 401K Roth | 202.88 | 3,435.35 |
| **Total:** | 349.10 | 4,740.82 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 16.00 |
| Vacation FT | 5.54 | 0.00 | 60.16 |
| Sick FT | 1.85 | 0.00 | 12.70 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####7836 | Deposit Amount: 1,990.90 |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/21/2026 | V14440951 |

| TOTAL NET PAY |
|---|
| ******$1,990.90 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**

Statement of Earnings For: **Robert E. Piazza**

**Habitat for Humanity of Bucks County**
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 177 | Department | 200 | Period Begin: | 7/20/2026 | Check Date: | 8/7/2026 |
| Clock Number: | | Sub- | 2 | Period End: | 8/2/2026 | Pay Type: | Hourly |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14360743 | $0.00 | $2,921.11 | $2,006.69 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 53.8883 | 1.82 | 98.08 | 12.97 | 697.53 |
| *Dental Pre-Tax | | | 10.14 | 0.00 | 162.24 |
| *LTD ER | | | 8.58 | 0.00 | 137.28 |
| Regular | 35.9255 | 78.58 | 2,823.03 | 1,058.42 | 37,530.95 |
| *Medical Pre-Tax | | | 334.32 | 0.00 | 4,953.92 |
| *Vision Pre-Tax | | | 2.18 | 0.00 | 34.88 |
| Auto - Fringe | | | 26.42 | 0.00 | 422.72 |
| Vac | | | 0.00 | 136.00 | 4,802.17 |
| Sick | | | 0.00 | 42.00 | 1,481.66 |
| Holiday | | | 0.00 | 40.00 | 1,411.90 |
| Retro Pay | | | 0.00 | 0.00 | 254.06 |
| **Total:** | | 80.40 | 2,947.53 | 1,289.39 | 46,600.99 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 178.98 | 2,833.28 |
| MED EE | 41.86 | 662.62 |
| FEDERAL WH | 221.33 | 3,482.52 |
| PA WH | 88.62 | 1,402.90 |
| WARMINSTER | 28.87 | 456.97 |
| PA SUI EE | 2.06 | 32.62 |
| WARMINSTER | 2.00 | 32.00 |
| **Total:** | 563.72 | 8,902.91 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| STD | 49.04 | 147.12 |
| Term Life | 36.39 | 109.17 |
| Health Pre-tax | 59.00 | 874.32 |
| Dental Pre-tax | 1.79 | 28.64 |
| 401K Roth | 204.48 | 3,232.47 |
| **Total:** | 350.70 | 4,391.72 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 16.00 |
| Vacation FT | 5.54 | 0.00 | 54.62 |
| Sick FT | 1.85 | 0.00 | 10.85 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####7836 | Deposit Amount: | 2,006.69 |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/7/2026 | V14360743 |

| TOTAL NET PAY |
|---|
| ******$2,006.69 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**

Statement of Earnings For: **Robert E. Piazza**

**Habitat for Humanity of Bucks County**
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 177 | Department | 200 | Period Begin: | 7/6/2026 | Check Date: | 7/24/2026 |
| Clock Number: | | Sub- | 2 | Period End: | 7/19/2026 | Pay Type: | Hourly |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14283619 | $0.00 | $2,947.87 | $2,025.23 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 53.8883 | 1.37 | 73.83 | 11.15 | 599.45 |
| *Dental Pre-Tax | | | 10.14 | 0.00 | 152.10 |
| *LTD ER | | | 8.58 | 0.00 | 128.70 |
| Regular | 35.9255 | 80.00 | 2,874.04 | 979.84 | 34,707.92 |
| *Medical Pre-Tax | | | 334.32 | 0.00 | 4,619.60 |
| *Vision Pre-Tax | | | 2.18 | 0.00 | 32.70 |
| Auto - Fringe | | | 26.42 | 0.00 | 396.30 |
| Vac | | | 0.00 | 136.00 | 4,802.17 |
| Sick | | | 0.00 | 42.00 | 1,481.66 |
| Holiday | | | 0.00 | 40.00 | 1,411.90 |
| Retro Pay | | | 0.00 | 0.00 | 254.06 |
| **Total:** | | 81.37 | 2,974.29 | 1,208.99 | 43,653.46 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 180.64 | 2,654.30 |
| MED EE | 42.24 | 620.76 |
| FEDERAL WH | 224.54 | 3,261.19 |
| PA WH | 89.44 | 1,314.28 |
| WARMINSTER | 29.13 | 428.10 |
| PA SUI EE | 2.08 | 30.56 |
| WARMINSTER | 2.00 | 30.00 |
| **Total:** | 570.07 | 8,339.19 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| STD | 49.04 | 98.08 |
| Term Life | 36.39 | 72.78 |
| Health Pre-tax | 59.00 | 815.32 |
| Dental Pre-tax | 1.79 | 26.85 |
| 401K Roth | 206.35 | 3,027.99 |
| **Total:** | 352.57 | 4,041.02 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 16.00 |
| Vacation FT | 5.54 | 0.00 | 49.08 |
| Sick FT | 1.85 | 0.00 | 9.00 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####7836 | Deposit Amount: | 2,025.23 |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/24/2026 | V14283619 |

| TOTAL NET PAY |
|---|
| ******$2,025.23 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**

Statement of Earnings For: **Robert E. Piazza**

**Habitat for Humanity of Bucks County**
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee #: | 177 | Department | 200 | Period Begin: | 6/22/2026 | Check Date: | 7/10/2026 |
| Clock Number: | | Sub- | 2 | Period End: | 7/5/2026 | Pay Type: | Hourly |
| Company Id: | 4600 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14200974 | $0.00 | $2,825.36 | $1,940.42 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| OT - Overtime | 53.8883 | 0.03 | 1.62 | 9.78 | 525.62 |
| *Dental Pre-Tax | | | 10.14 | 0.00 | 141.96 |
| *LTD ER | | | 8.58 | 0.00 | 120.12 |
| Regular | 35.9255 | 62.60 | 2,248.94 | 899.84 | 31,833.88 |
| *Medical Pre-Tax | | | 334.32 | 0.00 | 4,285.28 |
| Vac | 35.9255 | 8.00 | 287.40 | 136.00 | 4,802.17 |
| *Vision Pre-Tax | | | 2.18 | 0.00 | 30.52 |
| Holiday | 35.9255 | 8.00 | 287.40 | 40.00 | 1,411.90 |
| Auto - Fringe | | | 26.42 | 0.00 | 369.88 |
| Sick | | | 0.00 | 42.00 | 1,481.66 |
| Retro Pay | | | 0.00 | 0.00 | 254.06 |
| **Total:** | | 78.63 | 2,851.78 | 1,127.62 | 40,679.17 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 173.04 | 2,473.66 |
| MED EE | 40.47 | 578.52 |
| FEDERAL WH | 209.84 | 3,036.65 |
| PA WH | 85.68 | 1,224.84 |
| WARMINSTER | 27.91 | 398.97 |
| PA SUI EE | 2.00 | 28.48 |
| WARMINSTER | 2.00 | 28.00 |
| **Total:** | 540.94 | 7,769.12 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| STD | 49.04 | 49.04 |
| Term Life | 36.39 | 36.39 |
| Health Pre-tax | 59.00 | 756.32 |
| Dental Pre-tax | 1.79 | 25.06 |
| 401K Roth | 197.78 | 2,821.64 |
| **Total:** | 344.00 | 3,688.45 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| Floating Holiday | 16.00 | 0.00 | 16.00 |
| Vacation FT | 5.54 | 8.00 | 43.54 |
| Sick FT | 1.85 | 0.00 | 7.16 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####7836 | Deposit Amount: 1,940.42 |

Habitat for Humanity of Bucks County
539 Jacksonville Rd
Ste 100
Warminster, PA 18974

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/10/2026 | V14200974 |

| TOTAL NET PAY |
|---|
| ******$1,940.42 |

Robert E. Piazza
2428 Purdue Street
Bristol, PA 19007

**NOT NEGOTIABLE**