IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2613770

DEBTOR(S):

ROBERT E PIAZZA

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $1,233.75

CREDITOR'S SIGNATURE:

*/s/ Lore'l S. Thompson*

CREDITOR CONTACT INFO:

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603
(866) 572-0265

DATE:

10/21/2026