IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-13770

DEBTOR(S):

ROBERT E PIAZZA

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $1,312.09

CREDITOR'S SIGNATURE:

/s/ Andrea Lopez

CREDITOR CONTACT INFO:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:

10/21/2026